The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICHARD A. PAROUTAUD, as the personal representative of the Estate of MAXIMILIANO LARA-PATRACA,<br><br>           Plaintiff,<br><br>     v.<br><br>D. R. HORTON, INC., a Delaware Corporation,<br><br>           Defendants. | Case No. 3:24-cv-05186-TMC<br><br>ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

## ORDER

Consistent with LCR 83.2(b)(1), counsel for the parties stipulate to the request for leave of court to allow Mark O'Donnell of Preg O'Donnell & Gilbert PLLC to withdraw as counsel for Defendant D.R. Horton, Inc., and to allow Rodney L. Umberger and Christopher A. Luhrs of Williams, Kastner & Gibbs PLLC to substitute in as counsel for Defendant D.R. Horton, Inc.

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
(3:24-cv-05186-TMC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

Based on the parties' stipulation, it is hereby:

ORDERED that Mark O'Donnell of Preg O'Donnell & Gilbert PLLC withdraws as counsel for D.R. Horton, Inc., and Rodney L. Umberger and Christopher A. Luhrs of Williams, Kastner & Gibbs, PLLC are substituted in as counsel for D.R. Horton, Inc., effective immediately.

DATED this 29th day of April, 2024.

Tiffany M. Cartwright
United States District Judge

Presented by:

*s/Mark O'Donnell*
Mark O'Donnell, WSBA #13606
PREG O'DONNELL & GILLETT PLLC
901 Fifth Avenue, Suite 3400
Seattle, WA 98164-2026
Telephone: (206) 287-1775
Fax: (206) 287-9113
modonnell@pregodonnell.com
*Withdrawing Attorneys for Defendant D. R. Horton, Inc.*

*s/Christopher Luhrs*
*s/Rodney L. Umberger*
WILLIAMS, KASTNER & GIBBS PLLC
Christopher Luhrs, WSBA # 43175
Rodney L. Umberger, Jr., WSBA # 24948
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
cluhrs@williamskastner.com
rumberger@williamskastner.com
*Substituting Attorneys for Defendant D. R. Horton, Inc.*

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
(3:24-cv-05186-TMC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

*s/Michael A. Maxwell*
Michael A. Maxwell, WSBA #21781
Tricia O. Konek, WSBA #60430
MAXWELL GRAHAM LAW
535 E. Sunset Way, Suite 123
Issaquah, WA 98027
Telephone: (206) 527-2000
Fax: 425-484-2012
mmaxwell@maxwellgraham.com
tokonek@maxwellgraham.com
*Attorneys for Plaintiff*

*s/See Attached Signed Signature Page*
Jennifer Duran, WSBA #51472
SMITH DURAN PS
PO Box 310
Rochester, WA 98579
Telephone: 360-273-5941
Fax: 360-273-6946
jenniferduran@smithduranlaw.com
*Attorneys for Plaintiff*

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
(3:24-cv-05186-TMC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

1  s/ Michael A. Maxwell
2  Michael A. Maxwell, WSBA #21781
   Tricia O. Konek, WSBA #60430
3  MAXWELL GRAHAM LAW
   535 E. Sunset Way, Suite 123
4  Issaquah, WA 98027
   Telephone: (206) 527-2000
5  Fax: 425-484-2012
   mmaxwell@maxwellgraham.com
6  tokonek@maxwellgraham.com
7  Attorneys for Plaintiff

8  s/ Jennifer Duran
9  Jennifer Duran, WSBA #51472
   SMITH DURAN PS
10 PO Box 310
   Rochester, WA 98579
11 Telephone: 360-273-5941
   Fax: 360-273-6946
12 jenniferduran@smithduranlaw.com
13 Attorneys for Plaintiff

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL -3
(3:24-cv-05186-TMC)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600